AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT

for the

Central District of California  ▼

ALFREDO GARIBAY )
)
)
)
*Petitioner* )
)
v. )
)
FCI LOMPOC II, ET AL. )
)
)

*Respondent*
*(name of warden or authorized person having custody of petitioner)*

FILED
CLERK, U.S. DISTRICT COURT

OCT 2 9 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case No.    REQUEST TO EXPEDITE
*(Supplied by Clerk of Court)*

2:24 CV 09367-SVW-SHK

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name:    ALFREDO GARIBAY # 20510-085
    (b) Other names you have used:    N / A
2.  Place of confinement:
    (a) Name of institution:    FCI LOMPOC II
    (b) Address:    3901 KLEIN BLVD, LOMPOC, CA 93436

    (c) Your identification number:    20510-085
3.  Are you currently being held on orders by:
    ☑ Federal authorities    ☐ State authorities    ☐ Other - explain:

4.  Are you currently:

    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
       If you are currently serving a sentence, provide:
          (a) Name and location of court that sentenced you:

          (b) Docket number of criminal case:
          (c) Date of sentencing:
    ☐ Being held on an immigration charge
    ☑ Other *(explain)*:

    ******PLEASE SEE APPENDIX A FOR ADMINISTRATIVE EXHAUSTION DOCUMENTS *******

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

  ❒ Pretrial detention

  ❒ Immigration detention

  ❒ Detainer

  ❒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory
   maximum or improperly calculated under the sentencing guidelines)

  ❒ Disciplinary proceedings

  ❒ Other *(explain)*: FAILING TO APPLY FSA CREDIT TOWARDS EARLY RELEASE AND FAILING TO APPLY
   FSA CREDIT TOWARDS EARLY RELEASE IN A TIMELY FASHION, and other credits

6. Provide more information about the decision or action you are challenging:

  (a) Name and location of the agency or court: FCI Oakdale II FEDERAL CORRECTIONAL INSTITUTION

  (b) Docket number, case number, or opinion number:

  (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
  FAILING TO APPLY FSA CREDIT TOWARDS EARLY RELEASE AND FAILING TO APPLY FSA CREDIT
  TOWARDS EARLY RELEASE IN A TIMELY FASHION

  (d) Date of the decision or action: 01/01/2024

### Your Earlier Challenges of the Decision or Action

7. **First appeal**

  Did you appeal the decision, file a grievance, or seek an administrative remedy?

  ☑ Yes    ❒ No

  (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: TO BE SUPPLEMENTED
   ******PLEASE SEE APPENDIX A FOR ADMINISTRATIVE EXHAUSTION DOCUMENTS *******

   (2) Date of filing: 01/01/2024

   (3) Docket number, case number, or opinion number:

   (4) Result:

   (5) Date of result:

   (6) Issues raised:

   FAILING TO APPLY FSA CREDIT TOWARDS EARLY RELEASE AND FAILING TO APPLY FSA CREDIT
   TOWARDS EARLY RELEASE IN A TIMELY FASHION and other credits

   ******PLEASE SEE APPENDIX A FOR ADMINISTRATIVE EXHAUSTION DOCUMENTS *******

  (b) If you answered "No," explain why you did not appeal: PETITIONER APPEALED HOWEVER THE
  HONORABLE COURT IN SIERRA V. I, JACQUEZ, ET AL., 2:22-CV-01509-RSL-BAT, HELD THAT REQUIRING
  PETITIONER, TO EXHAUST AD REMEDIES WOULD BE TO PERFORM A FUTILE ACT. (EMPHASIS ADDED)

8. **Second appeal**

  After the first appeal, did you file a second appeal to a higher authority, agency, or court?

  ❒ Yes    ☑ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:  N / A

N / A

(2) Date of filing:

(3) Docket number, case number, or opinion number:  N / A

(4) Result:    N / A

(5) Date of result:

(6) Issues raised:

N / A

N / A

N / A

N / A

N / A

N / A

(b) If you answered "No," explain why you did not file a second appeal:

N / A

N / A

9.    **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes            ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:                    N / A

N / A

(2) Date of filing:

(3) Docket number, case number, or opinion number:                    N / A

(4) Result:                    N / A

(5) Date of result:

(6) Issues raised:                    N / A

N / A

N / A
N / A

N / A

N / A

N / A

(b) If you answered "No," explain why you did not file a third appeal:

N / A

N / A

10.    **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes            ☑ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes                    ☐ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1)  Name of court:                                        N / A

(2)  Case number:                                         N / A

(3)  Date of filing:

(4)  Result:                                        N / A

(5)  Date of result:

(6)  Issues raised:                                     N / A

                                    N / A
                                    N / A
                                    N / A
                                    N / A
                                    N / A

(b)  Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes                   ☐ No

If "Yes," provide:

(1)  Name of court:                                        N / A

(2)  Case number:                                         N / A

(3)  Date of filing:

(4)  Result:                                        N / A

(5)  Date of result:

(6)  Issues raised:                                     N / A

                                    N / A
                                    N / A
                                    N / A
                                    N / A
                                    N / A

(c)  Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:                                     N / A

                                    N / A
                                    N / A
                                    N / A
                                    N / A
                                    N / A
                                    N / A

11.  **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes                   ☑ No

If "Yes," provide:

(a)  Date you were taken into immigration custody:

(b)  Date of the removal or reinstatement order:

(c)  Did you file an appeal with the Board of Immigration Appeals?

☐ Yes                        ☐ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    If "Yes," provide:
    (1)  Date of filing:
    (2)  Case number:          N / A
    (3)  Result:          N / A
    (4)  Date of result:
    (5)  Issues raised:
          N / A
          N / A
          N / A
          N / A
          N / A

(d)    Did you appeal the decision to the United States Court of Appeals?
    ❏ Yes        ❏ No
    If "Yes," provide:
    (1)  Name of court:          N / Av
    (2)  Date of filing:
    (3)  Case number:
    (4)  Result:          N / A
    (5)  Date of result:
    (6)  Issues raised:          N / A
          N / A
          N / A
          N / A
          N / A
          N / A

12.    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

❏ Yes    ☑ No

If "Yes," provide:
(a)  Kind of petition, motion, or application:          N / A
(b)  Name of the authority, agency, or court:          N / A
          N / A
(c)  Date of filing:
(d)  Docket number, case number, or opinion number:          N / A
(e)  Result:          N / A
(f)  Date of result:
(g)  Issues raised:          N / A

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE**:   FSA OF 2018 DOES NOT LIST A "DETAINER" AS A GROUND FOR INMATES INELIGIBILITY TO APPLY EARNED FSA CREDITS TOWARDS EARLY RELEASE AND APPLY CREDITS IN A TIMELY FASHION, and OTHER FACTORS IN EXAMPLE PROGRAMMING GED

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:
18 U.S.C. § 3632(E)(i) STATES IN GENERAL. A PRISONER IS INELIGIBLE TO APPLY TIME CREDIT UNDER SUBPARAGRAPH (c) IF THE PRISONER IS THE SUBJECT "OF" A FINAL ORDER OF REMOVAL UNDER ANY PROVISION OF THE "IMMIGRATION LAW" AS DEFINED IN SECTION 101(a)(17) OF THE IMMIGRATION AND NATIONALITY ACT (8 U.S.C. § 110)(a)(17).

(b)  Did you present Ground One in all appeals that were available to you?
☑Yes              ☐No

**GROUND TWO**:   A DETAINER IS NOT A "FINAL ORDER OF REMOVAL" NOR A FINAL ORDER OF DEPORTATION, AND OTHER BOP SERIES OF DELIBERATELY CREATED EXCUSES DO NOT DISQUALIFY PETITIONER FROM QUALIFYING AND BENEFITTING FROM FSA, EARLY RELEASE, AND OTHER FEDERAL LAWS CREATED TO AWARD INMATES FOR THEIR GOOD CONDUCT WHILE INCARCERATED
(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:
The BOP's and DOJ's FSA implementation guide clearly states on page 2 paragraph 4 that only inmates with a "final order of deportation" cannot apply earned FSA Credit towards early release.
BOP staff is deliberately implementing factors, excuses and memos to disqualify Petitioner from benefitting from FSA, Early release and other federal benefits for Good Conduct while incarcerated.

(b)  Did you present Ground Two in all appeals that were available to you?
☐Yes              ☐No

**GROUND THREE**:   UNLAWFUL DETENTION BOP'S ORDER OF FINAL DEPORTATION IS NOT AN OFFICIAL DOCUMENT FOR THE DEPARTMENT OF IMMIGRATION AND STRIPS PETITIONER'S 1st, 5th, and 8th AMENDMENT RIGHTS TO DUE PROCESS UNDER THE CONSTITUTION

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:
The BOP is currently detaining me at this point, the right application of earned FSA Credtis would change my projected release date. As an inmate I am not privy to the formulas
and information Conselors and BOP Staff implement to calculate FSA Credits.
 Any request for documentation from counselors usually takes a long
time to obtain. Request for an Order to direct BOP/DOJ to produce Petitioner's programming history.
(b)  Did you present Ground Three in all appeals that were available to you?
☐Yes              ☐No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**    DELIBERATE FAILURE TO APPLY FSA CREDITS IN A TIMELY FASHION

The removal of FSA time credits that had been properly awarded and applied to his release date have been unconstitutionally withheld by BOP.

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

Petitioner seeks to have his FSA credits applied to his sentence so that he would be timely released from his federal criminal sentence. See, United States v. Grossman,18 Cr. 625 (KMK) (S.D.N.Y. Oct. 10, 2022) BOP has implemented a series of excuses not applicable in order to disqualify Petitioner from beneffiting from the FSA, early relase and other federal laws

(b)  Did you present Ground Four in all appeals that were available to you?

❏ Yes                    ❏ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did
       not:    WILL SUPPLEMENT WITH ADMINISTRATIVE DOCUMENTS AND EXHIBITS.

       REQUEST TO EXPEDITE DUE TO THE POSSIBILITY OF ILLEGALLY DETAINING PETITIONER BEYOND
       HIS ACTUAL RELEASE DATE *****

## Request for Relief

15. State exactly what you want the court to do:  Issue an Order directing BOP: Produce Petitioner's BOP records, Admit or Deny Petitioner's position; Answer Petitioner's Claims; Calculate Petitioner's earned good time under the FSA; Direct BOP to provide Petitioner with necessary files, forms, documentation, and information so Petitioner can provide this honorable Court a correct FSA calculation to determine the exact NEW release date of Petitioner under the FSA; Direct BOP apply earned FSA Credits towards Petitioner's early release as required of Petition

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

FCI LOMPOC II

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:        10/15/2024

ALFREDO GARIBAY

*Signature of Petitioner*

ActingProSe

*Signature of Attorney or other authorized person, if any*

RECEIPT - ADMINISTRATIVE REMEDY

DATE: DECEMBER 28, 2023

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      EDGEFIELD FCI

TO  : ALFREDO MAGANA GARIBAY, 20510-085
      EDGEFIELD FCI    UNT: 2 GP    QTR: B07-318L

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID       : 1183450-F1
DATE RECEIVED   : DECEMBER 7, 2023
RESPONSE DUE    : DECEMBER 27, 2023
SUBJECT 1       : OTHER JAIL TIME CREDIT
SUBJECT 2       :

Appendix A

BP-A0434
JUNE 10

**COMMUNITY BASED PROGRAM AGREEMENT** CDFRM

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

I, GARIBAY, ALFREDO MAGANA , Register Number, 20510-085 , hereby
authorize employers of the Department of Justice and employees of any facility contracting with the Department of Justice
to release any or all of the contents of information in my inmate central file to educational facilities, social agencies,
prospective employees, etc., for the purpose of assisting in all phases of community programming and release planning.
I also authorize the above persons to advise prospective employers that I am currently in the custody of the U.S. Attorney
General serving sentence or under the supervision of the U.S. Parole Commission or U.S. Probation Office.  This consent
will remain in effect until my release from supervision or until revoked in writing by me.  Revocation of this
authorization may result in my removal from a community-based correctional program.

I understand that while a resident of a residential reentry center or work release program I will be expected to contribute
to the cost of my residence through payments to the contractor and I agree to make such payments.  I understand that
failure to make payments may result in my removal from a community-based program (Not applicable for MINT referrals).

I understand that urinalysis or other Bureau of Prisons authorized testing to detect unauthorized drug or alcohol use may
be required as a condition of residence in a residential reentry center or work release program, and if required, I agree
to submit to such testing. I understand that ingestion of poppy seed products may result in positive test results for
unauthorized drug use and is therefore prohibited.

I understand that no non-emergency medical care may be provided to me at the Bureau's expense without prior authorization
of the BOP.  I understand that, as part of my transition to release, I am expected to assume increased responsibility for
my health care while I am a resident of a community-based correctional program.

I also understand that I may be transferred by the BOP to a suitable institution or facility at the Bureau's option for
medical care should the Government deem it necessary.

I understand that I may be required to undergo clinical assessment and may be required to participate in treatment, e.g.
mental health/psychiatric treatment, substance abuse treatment, sex offender treatment, recommended as a result of the
assessment. I understand that failure to abide by treatment program recommendations may result in my return to a secure
facility.

I understand that I may be required to abide by the conditions of supervision as imposed by the sentencing court or the
U.S. Parole Commission, including the payments of fines and restitution and to follow the instructions of the probation
officer as if on supervision.

I understand that upon arrival at the residential reentry center I may be initially placed in the restrictive Community
Corrections Component for a period of orientation.  In this component, I will be expected to remain at the RRC unless
authorized to leave for employment or other authorized program purposes.  Additionally, I understand that social visits
and recreational/leisure activities will be confined to the RRC.

I understand that while a resident of a residential reentry center or work release program I will be required to abide
by the rules and regulations promulgated by such program.

For MINT referrals, I understand that I or the guardian shall assume total financial responsibility for my child's care
while I am a resident of a RRC.  Should I or the guardian be unable or unwilling to bear my child's financial cost, I will
be transferred back to my parent institution immediately.  I understand that no financial support will be provided to my
child by the Bureau of Prisons.

PART II

In the event that I am approved for Home Detention, I agree to abide by the following conditions related to my legal
participation in Home Detention.

I understand that my participation in Home Detention will be an alternative to placement in a RRC for no more than the
last six months or 10% of my sentence, whichever is less.  I am aware that I will legally remain in the custody of the
Bureau of Prisons and/or the U.S. Attorney General and that failure to remain at the required locations may result in
disciplinary action and/or prosecution for escape.

I agree to report to my assigned probation officer or the contractor's facility immediately upon reaching my release
destination.

I understand that if I decline to participate in the recommended Home Detention program I may face administrative
reassignment out of the residential reentry program.

I agree that during the Home Detention period, I will remain at my place of residence, except for employment, unless I
am given permission to do otherwise.  I also understand that I will be required to pay the costs of the program based on
my ability to pay.

I also agree to maintain a telephone at my place of residence without "call forwarding," or "three-way calling" for this
period.  I also agree that if instructed to do so, as a condition of Home Detention, I will not have access to a computer
with a modem or other device for accessing the internet.  I also agree that if my confinement is to be electronically
monitored, I will wear any electronic monitoring device required, follow procedures specified, and comply with any
telephone and computer access restrictions as they apply to the monitoring device requirements.

| GARIBAY, ALFREDO MAGANA | 07/12/2023 |
|---|---|
| Inmate's Printed Name and Signature | Date |
| Randolph, Y. | 07/12/2023 |
| Witness' Printed Name and Signature | Date |

Record Copy - CCM; Copy - CCM; Copy - Central File

PDF

Prescribed by P7310

Replaces BP-S434.073 dtd DEC 98

*Garibay* (signature)

**DETAINER ACTION LETTER**
**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| U.S. ICE, ERO<br>1835 ASSEMBLY ST., STE 1569<br>COLUMBIA, SC 29201 | Federal Correctional Institution<br>Attn: Correctional Systems Department<br>501 Gary Hill Road, PO Box 723<br>Edgefield, SC 29824 |
| | **November 06, 2023** |

| Re:<br>**DETAINER /FINAL ORDER UPDATED** | Inmate's Name:<br>GARIBAY, ALFREDO MAGANA<br>DOB: 02-09-188 | Register No.<br>20510-085<br>INS#:204205507 |
|---|---|---|

The below checked paragraph relates to the above named inmate:

<u>According to the PSI:</u>

Will you please investigate this report and advise what disposition, if any, has been made of the case. If subject is wanted by your department and you wish a detainer placed, it will be necessary for you to forward a certified copy of your warrant to us along with a cover letter stating your desire to have it lodged as a detainer, OR indicate you have no further interest in subject.

[x]   **A detainer (Final Order) has been filed against this subject in your favor charging <u>Deportation/Removal from the United States</u>. The projected release date is <u>12-12-2025</u>. If you do not concur with this action, please notify our office immediately.**

[]   Enclosed is your detainer warrant. Your detainer against the above named has been removed in compliance with your request.

[]   Your detainer has been removed on the basis of the attached _____. Notify this office immediately if you do not concur with this action.

[]   Your letter dated _____ requests notification prior to the release of the above named prisoner. Our records have been noted. Tentative release date at this time is _____.

[]   I am returning your _____ on the above named inmate who was committed to this institution on _____ to serve _____ for the offense of _____. If you wish your _____ filed as a detainer, please return it to us with a cover letter stating your desire to have it placed as a hold or indicate you have no further interest in the subject.

[]   The above named inmate has been transferred to FCI Edgefield, SC. Your detainer request has been forwarded. Tentative release date at this time is _____. You will be notified approximately 60- 90 days prior to his release.

Sincerely,

T.L. Marshall, CSO

cc:

2 Signed Record Copies - 1 Addressee, 1 Judgment & Commitment File; Copy - Inmate; Copy - Central File (Section 1);
Copy - Correctional Services Department

DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION DETAINER - NOTICE OF ACTION

| Subject ID: 389121889 | BOP # 20510-085 | File No: 204 205 507 |
| Event #: COA2411000003 | | Date: November 2, 2023 |

| TO: (Name and Title of Institution - OR Any Subsequent Law Enforcement Agency) EDGEFIELD FED.CORR.INST. P.O. BOX 725 EDGEFIELD, SC 29824 | FROM: (Department of Homeland Security Office Address) ERO - Columbia, SC Sub Office ICE ERO COLUMBIA Sub Office 1835 ASSEMBLY STREET, SUITE 1569 COLUMBIA, SC 29201 |

Name of Alien: MAGANA-GARIBAY, ALFREDO

Date of Birth: 02/09/1988    Citizenship: MEXICO    Sex: M

**1. DHS HAS DETERMINED THAT PROBABLE CAUSE EXISTS THAT THE SUBJECT IS A REMOVABLE ALIEN. THIS DETERMINATION IS BASED ON (complete box 1 or 2).**    SID #: WA21930591

- [X] A final order of removal against the alien;
- [ ] The pendency of ongoing removal proceedings against the alien;
- [ ] Biometric confirmation of the alien's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or
- [ ] Statements made by the alien to an immigration officer and/or other reliable evidence that affirmatively indicate the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**2. DHS TRANSFERRED THE ALIEN TO YOUR CUSTODY FOR A PROCEEDING OR INVESTIGATION (complete box 1 or 2).**

- [ ] Upon completion of the proceeding or investigation for which the alien was transferred to your custody, DHS intends to resume custody of the alien to complete processing and/or make an admissibility determination.

IT IS THEREFORE REQUESTED THAT YOU:

- **Notify DHS** as early as practicable (at least 48 hours, if possible) before the alien is released from your custody. Please notify DHS by calling [X] U.S. Immigration and Customs Enforcement (ICE) or [ ] U.S. Customs and Border Protection (CBP) at 7046156608 . If you cannot reach an official at the number(s) provided, please contact the Law Enforcement Support Center at: (802) 872-6020.
- **Maintain custody** of the alien for a period **NOT TO EXCEED 48 HOURS** beyond the time when he/she would otherwise have been released from your custody to allow DHS to assume custody. The alien must be served with a copy of this form for the detainer to take effect. This detainer arises from DHS authorities and does not impact decisions about the alien's bail, rehabilitation, parole, release, diversion, custody classification, work, quarter assignments, or other matters
- Relay this detainer to any other law enforcement agency to which you transfer custody of the alien.
- Notify this office in the event of the alien's death, hospitalization or transfer to another institution.

- [ ] If checked: please cancel the detainer related to this alien previously submitted to you on _____ (date).

RYAN HAYS - DO
_____          _____
(Name and title of Immigration Officer)          (Signature of Immigration Officer) (Sign in ink)

**Notice:** If the alien may be the victim of a crime or you want the alien to remain in the United States for a law enforcement purpose, notify the ICE Law Enforcement Support Center at (802) 872-6020. You may also call this number if you have any other questions or concerns about this matter.

TO BE COMPLETED BY THE LAW ENFORCEMENT AGENCY CURRENTLY HOLDING THE ALIEN WHO IS THE SUBJECT OF THIS NOTICE:

Please provide the information below, sign, and return to DHS by mailing, emailing or faxing a copy to _____.

Local Booking/Inmate #: _____    Estimated release date/time: 12-13-2025

Date of latest criminal charge/conviction: _____    Last offense charged/conviction: _____

This form was served upon the alien on _____, in the following manner:

- [ ] in person  [ ] by inmate mail delivery  [ ] other (please specify): _____

T. L. Marshall, CSO          _____
(Name and title of Officer)          (Signature of Officer) (Sign in ink)

DHS Form I-247A (3/17)          Page 1 of 3

7022 0410 0001 2184 7854                    **Regional Administrative Remedy Appeal**

U.S. Depar...                                                                                B 10

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: ___Garybay, Alfredo___       ___20510-085___      ___B-4___      ___FCI Edgefield___
        LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.              UNIT              INSTITUTION

**Part A—REASON FOR APPEAL :** Warden's response ignored the fact that such a "Final Administrative Removal Order" was issued without due process procedures and after the One Year FTC had been gave to me/I had been approved for half way house. More troublesome, without affording the opportunity to consult with counsel, and/or to contest the removal or, to have a hearing before an Immigration Judge as requested. Lastly, was issued after I had received the 365 FTC days, and was schedule to be placed in a Half Way House. See BPs 9 & 8 attached hereto.

   Based upon the foregoing, I request that the one year FTC and Half Way House time be immediately restore thus I may receive the benefit set forth by the FSA of 2018 to all elegible convict felons.

   Thank you for your prompt attention to this appeal.

<u>CERTIFICATE OF SERVICE</u>

   I HEREBY CERTIFY that I hand delivered the foregoing BP-10 and attachments to prison staff with instructions to mail it to the Office of the Regional Counsel in Atlanta Georgia. 28 U.S. C. § 1746.

___January 3, 2024___                    _____
           DATE                                    SIGNATURE OF REQUESTER

**Part B—RESPONSE**

_____                    _____
           DATE                                        REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: 1183450-R1
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**Part C—RECEIPT**                              CASE NUMBER: 1183450-R1

Return to: _____     _____     _____     _____
            LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

                                                                    BP-230(13)
                                                                    APRIL 1982

## INFORMAL RESOLUTION FORM

**NOTICE TO INMATE**: Be advised that, before filing a Request for Administrative Remedy Form BP-229, you shall attempt to informally resolve your complaint. Briefly state one complaint below and list what efforts you have made to resolve your complaint informally, stating names of staff contacted and attached evidence of informal resolution.

This Informal Resolution form was issued by ___VO___ (Initials of the Correctional Counselor) on ___11·17·23___ and returned on ___11·17·2023___
(Date)                                    (Date)

### INMATE'S COMMENTS

Inmate's Name: _Alfredo Garybay_ Reg. No.: _20510-085_ Unit: _B-4_

1. Complaint: Belated "ineligibility" of FSA time credit based upon an "Administrative" Final Order of Deportation. (without affording requested hearing before an immigration judge is contrary to law, federal regulation or police and violates my due process rights and should rescinded immediately.

2. Relief Requested: Prompt review of such an action thus I may be afforded the same benefit of same situated individuals that have already been released, and/or sent to Half Way House, and able to be placed in the Half way house previously approved as well as keep the relase day fo 12/2024.

___[signature]___          __11-17-2023__
Inmate's Signature       Date

### CORRECTIONAL COUNSELOR'S COMMENTS

1. Issues Identified (counseling of inmate): _____

_____

_____

2. Efforts made to informally resolve and names of staff contacted:

_____

_____

### CORRECTIONAL COUNSELOR'S AND UNIT MANAGER'S COUNSELING SESSION

1. Results of Counseling Session: _____

_____

_____

Informally Resolved (Y/N) (Circle one) BP-9 Issued (Y/N) (Circle one)

Unit Manager's Signature: _____
                          Distribution              Date

1) If complaint is informally resolved, forward to the Administrative Remedy Clerk for filing.
2) If complaint is not informally resolved, attach to completed BP-9 form. This is available in the units. A hard copy is attached to the Institution Supplement.

## REQUEST FOR ADMINISTRATIVE REMEDY

Administrative Remedy Number: 1183450-F1

Part B-Response

This is in response to your Request for Administrative Remedy, dated December 5, 2023, and received on December 7, 2023, wherein you make an appeal that you are eligible to receive the 365 days of Federal Time Credit towards your sentence.

Your request has been reviewed and it was determined that you are eligible to earn Federal Time Credit, but you are unable to apply them due to having a final order of deportation. The Department of Homeland Security Immigration Detainer- Notice of Action form dated November 2, 2023, indicates a final order of removal against alien. Program Statement First Step Act of 2018- Time Credits: Procedures for Implementation of 18 U.S.C. § 3632(d)(4) Section 10 states "subject to a final order of removal under immigration laws, the Bureau may not apply FSA Time Credits toward prerelease custody or early transfer to supervised release."

Therefore, based on the above, your Request for Administrative Remedy is for informational purposes only.

If you are dissatisfied with this response, you may submit an appeal on the appropriate form (BP-10) to the Regional Director's Office, 3800 Camp Creek Parkway, SW, Building 2000, Atlanta, Georgia, 30331-6226. Your appeal must be received in their office within 20 calendar days from the date of this response.

_____
S. Janson, Warden

_____
12/18/23
Date

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

B9

**U.S. DEPARTMENT OF JUSTICE**             **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

---

From: <u>Garybay Alfredo</u>          <u>20510-085</u>     <u>B-4</u>     <u>FCI Edgefield</u>
     LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A- INMATE REQUEST** This is a formal request to review the ROP's decision to revoke my FSA time credit eligibility (One Year) based upon a belated, Final "Administrate" Order of Deportation (without affording "requested" evidentiary hearing before an immigration judge as permitted by law.

    I'm making this request directly to you because: (1) informal request BOP-8 seeking same have been ignored to this day (See BPO-8 attached); and (2) such a decision appears to be vindictive, illegal, in violation of the ex-post fact law and of my due process rights.

Accordingly, I request that the one year of FTC credit and additional time for Half-Way house be restoreto me as soon as possible and I may be place on HalfWay immediately.

    Thank for your prompt attention to this Request.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY, that I hand-delivered the foregoing BP-9 to Unit Counsel Mr. Parker with instructions to deliver such to Prison Warden on the dated here (12/5/23. [28 U.S.C. §1746]
<u>                  </u>          _____
         DATE                              SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____                    _____
      DATE                                  WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                    CASE NUMBER: _____

                                                       CASE NUMBER: _____

## Notice or Intent to Issue a Final Administrative Removal Order

*In removal proceedings under section 238(b) of the Immigration and Nationality Act*



Event No: COA2411000003

To: ALFREDO MAGANA-GARIBAY

Address: 1212 Playfield Ave Prosser, WASHINGTON, 99350
(Number, Street, City, State and ZIP Code)

Telephone: _____ (Area Code and Phone Number)

Pursuant to section 238(b) of the Immigration and Nationality Act (Act) as amended, 8 U.S.C. 1228(b), the Department of Homeland Security (Department) has determined that you are amenable to administrative removal proceedings. The determination is based on the following allegations:

1. You are not a citizen or national of the United States.
2. You are a native of **MEXICO** and a citizen of **MEXICO**
3. You entered the United States (at)(near) **Unknown** on or about **Unknown Date**
4. At that time you entered **without inspection or admission.**
5. You are not lawfully admitted for permanent residence.
6. You were, on _____, convicted in the **See I-831** _____ Court

for the offense of _____

in violation of _____

for which the term of imprisonment imposed was _____

**Charge:**
You are deportable under section 237(a)(2)(A)(iii) of the Act, 8 U.S.C. 1227(a)(2)(A)(iii), as amended, because you have been convicted of an aggravated felony as defined in section 101(a)(43)( **U, B** ) of the Act, 8 U.S.C. 1101(a)(43)( **U, B** ).

Based upon section 238(b) of the Act, 8 U.S.C. 1228(b), the Department is serving upon you this NOTICE OF INTENT TO ISSUE A FINAL ADMINISTRATIVE REMOVAL ORDER ("Notice of Intent") without a hearing before an Immigration Judge.

**Your Rights and Responsibilities:**
You may be represented (at no expense to the United States government) by counsel, authorized to practice in this proceeding. If you wish legal advice and cannot afford it, you may contact legal counsel from the list of available free legal services provided to you.

You must respond to the above charges in writing to the Department address provided on the other side of this form within 10 calendar days of service of this notice (or 13 calendar days if service is by mail). **The Department must RECEIVE your response within that time period.**

In your response you may: request, for good cause, an extension of time; rebut the charges stated above (with supporting evidence); request an opportunity to review the government's evidence; admit deportability; designate the country to which you choose to be removed in the event that a final order of removal is issued (which designation the Department will honor only to the extent permitted under section 241 of the Act, 8 U.S.C. 1231); and/or, if you fear persecution in any specific country or countries, you may request withholding or deferral of removal under section 241(b)(3) of the Act, 8 U.S.C. 1231(b)(3), or withholding/deferral of removal under the Convention Against Torture and Other Cruel, Inhuman, or Degrading Treatment or Punishment (Convention Against Torture). A grant of withholding deferral of removal would prohibit your return to a country or countries where you would be persecuted or tortured, but would not prevent



U. S. Department of Justice
Federal Bureau of Prisons
Federal Correctional Institution
Post Office Box 723
Edgefield, South Carolina 29824

January 10, 2023

MEMORANDUM FOR REGIONAL OFFICE ADMINISTRATIVE REMEDY COORDINATOR

FROM:          V. Parker, B-4 Counslor

SUBJECT:       Administrative Oversight
               Administrative Remedy 1183450-F1


Administrative Remedy 1183450-F1 response was not received by
the inmate until December 27, 2023. I was on scheduled leave and
there was no one in unit team to give out the Administrative
Remedy so it was left in the Administrative Log book from
12/18/2023 until I gave it to the inmate on 12/27/2023.

Please allow this memorandum to serve as notice that inmate
Garibay #20510-085 was not provided his Administrative Form in a
timely manner.

## INFORMAL RESOLUTION FORM

**NOTICE TO INMATE:** Be advised that, before filing a Request for Administrative Remedy Form BP-229, you shall attempt to informally resolve your complaint. Briefly state one complaint below and list what efforts you have made to resolve your complaint informally, stating names of staff contacted and attached evidence of informal resolution.

This Informal Resolution form was issued by _____VO_____ (Initials of the Correctional Counselor) on ___11·17·23___ and returned on ___11·17·2023___
                                        (Date)                              (Date)

### INMATE'S COMMENTS

Inmate's Name: _Alfredo Garybav_   Reg. No.: _20510-085_   Unit: _B-4_

1.  Complaint: _Belated "ineligibility" of FSA time credit based upon an "Administrative" Final Order of Deportation. (without affording requested hearing before an immigration judge is contrary to law, federal regulation or police and violates my due process rights and should rescinded immediately._
2. **Relief Requested:** _Prompt review of such an action thus I may be afforded the same benefit of same situated individuals that have already been released, and/or sent to Half Way House, and able to be placed in the Half way house previously approved as well as keep the relase day fo 12/2024._

_____        _11-17-2023_
Inmate's Signature           Date

### CORRECTIONAL COUNSELOR'S COMMENTS

1. Issues Identified (counseling of inmate): _____
_____
_____

2. Efforts made to informally resolve and names of staff contacted: _____
_____
_____

### CORRECTIONAL COUNSELOR'S AND UNIT MANAGER'S COUNSELING SESSION

1. Results of Counseling Session: _____
_____
_____

Informally Resolved (Y/N) (Circle one) BP-9 Issued (Y/N) (Circle one)

Unit Manager's Signature: _____
                          Distribution                    Date

1)  If complaint is informally resolved, forward to the Administrative Remedy Clerk for filing.
2)  If complaint is **not** informally resolved, attach to completed BP-9 form. This is available in the units. A hard copy is attached to the Institution Supplement.

```
  EDGI6  540*23 *          SENTENCE MONITORING          *    11-16-2023
PAGE 003 OF 003 *           COMPUTATION DATA            *    12:37:08
                            AS OF 11-16-2023


REGNO..: 20510-085 NAME: GARIBAY, ALFREDO MAGANA


---------------------------- CURRENT DETAINERS: ----------------------------

DETAINER NO..: 001
DATE LODGED..: 10-26-2018
AGENCY.......: IMMIGRATION & CUSTOMS ENFORCE
AUTHORITY....: BICE
CHARGES......: POSSIBLE DEPORTATION 204205507
               DETAINER STATUS UPDATED TO FINAL ORDER 11-06-2023
```

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

## FSA Time Credit Assessment

Register Number:20510-085, Last Name:GARIBAY

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number....: 20510-085 | Responsible Facility: EDG |
| Inmate Name | Assessment Date.....: 10-29-2023 |
|   Last.............: GARIBAY | Period Start/Stop...: 04-25-2019 to 10-29-2023 |
|   First............: ALFREDO | Accrued Pgm Days....: 1648 |
|   Middle...........: MAGANA | Disallowed Pgm Days.: 0 |
|   Suffix...........: | FTC Towards RRC/HC..: 415 |
| Gender.............: MALE | FTC Towards Release.: 365 |
| Start Incarceration: 03-05-2019 | Apply FTC to Release: Yes |

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 04-25-2019 | 11-19-2019 | accrue | 208 |

  Accrued Pgm Days...: 208
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 60

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 11-19-2019 | 10-29-2023 | accrue | 1440 |

  Accrued Pgm Days...: 1440
  Carry Over Pgm Days: 28
  Time Credit Factor.: 15
  Time Credits.......: 720

--- FSA Assessment ------------------------------------------------

| # | Start | Stop | Status | Risk Assignment | Risk Asn Start | Factor |
|---|---|---|---|---|---|---|
| 001 | 04-25-2019 | 05-23-2019 | ACTUAL | FSA R-MIN | 04-28-2021 1834 | 10 |
| 002 | 05-23-2019 | 11-19-2019 | ACTUAL | FSA R-MIN | 04-28-2021 1834 | 10 |
| 003 | 11-19-2019 | 05-17-2020 | ACTUAL | FSA R-MIN | 04-28-2021 1834 | 15 |
| 004 | 05-17-2020 | 11-13-2020 | ACTUAL | FSA R-MIN | 04-28-2021 1834 | 15 |
| 005 | 11-13-2020 | 05-12-2021 | ACTUAL | FSA R-MIN | 04-28-2021 1834 | 15 |
| 006 | 05-12-2021 | 11-08-2021 | ACTUAL | FSA R-MIN | 04-28-2021 1834 | 15 |
| 007 | 11-08-2021 | 05-07-2022 | ACTUAL | FSA R-MIN | 10-28-2021 1147 | 15 |
| 008 | 05-07-2022 | 11-03-2022 | ACTUAL | FSA R-MIN | 10-28-2021 1147 | 15 |
| 009 | 11-03-2022 | 05-02-2023 | ACTUAL | FSA R-LW | 11-02-2022 1037 | 15 |
| 010 | 05-02-2023 | 10-29-2023 | ACTUAL | FSA R-MIN | 04-26-2023 1651 | 15 |
| 011 | 10-29-2023 | 01-27-2024 | ACTUAL | FSA R-MIN | 09-26-2023 1458 | 15 |

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

## REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: ___Garybay Alfredo_____ ___20510-085____ ___B-4___ ___FCI Edgefield___
        LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A– INMATE REQUEST** This is a formal request to review the BOP's decision to revoke my FSA time credit eligibility (One Year) based upon a belated, Final "Administrate" Order of Deportation (without affording "requested" evidentiary hearing before an immigration judge as permitted by law.

    I'm making this request directly to you because: (1) informal request BOP-8 seeking same have been ignored to this day (See BPO-8 attached); and (2) such a decision appears to be vindictive, illegal, in violation of the ex-post fact law and of my due process rights.

Accordingly, I request that the one year of FTC credit and additional time for Half-Way house be restore to me as soon as possible and I may be place on HalfWay immediately.

    Thank for your prompt attention to this Request.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I hand-delivered the foregoing BP-9 to Unit Counsel Mr. Parker with instructions to deliver such to Prison Warden on the dated here (12/5/23. [28 U.S.C. §1746]
_____
    DATE                           SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____             _____
    DATE                                         WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                          CASE NUMBER: _____

                                                    CASE NUMBER:



ALFREDO GARIBAY
REG. NO. 20510-085
FCI Lompoc II
FEDERAL CORRECTIONAL INSTITUTION
3901 KLEIN BLVD
LOMPOC, CA  93436



000943

UNITED STATES DISTRICT COURT
255 EAST TEMPLE STREET
LOS ANGELES, CA 90012