JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO GARIBAY,<br><br>               Petitioner,<br><br>     v.<br><br>FCI LOMPOC II,<br><br>               Respondent. | Case No. 2:24-cv-09367-SVW-SHK<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that the case is **DISMISSED** without prejudice.

Dated: May 14, 2025

HONORABLE STEPHEN V. WILSON
United States District Judge